STATE OF CONNECTICUT *v.* THERESA WILLIAMS
(13279)

FOTI, SCHALLER and HENNESSY, Js.

Argued December 2—decision released December 20, 1994

*Vito A. Castignoli,* for the appellant (defendant).

*Rita M. Shair,* assistant state's attorney, with whom were *Michael J. Weber,* supervisory assistant state's attorney, and, on the brief, *Mary M. Galvin,* state's attorney, and *Karen McCormack,* certified legal intern, for the appellee (state).

PER CURIAM. The judgment is affirmed.